UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **RUDOLPH WASHINGTON**  LA. DOC #308049 | **CIVIL ACTION NO. 13-0217**  **SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **MAJOR TUBBS AND LT. COLEMAN** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Summary Judgment and Partial Summary Judgment, [Doc. No. 78] filed by Defendants Major Tubbs and Lt. Coleman is **GRANTED**, that Plaintiff's Complaint [Doc. Nos. 1, 14, 15] against Defendant Coleman is **DISMISSED WITH PREJUDICE** in its entirety, and that Plaintiff's claims against Defendant Tubbs for failure to provide medical care and for loss of property be **DISMISSED WITH PREJUDICE**. Plaintiff's excessive force claim against Defendant Tubbs remains pending.

MONROE, LOUISIANA, this 2nd day of June, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE