UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **RUDOLPH WASHINGTON**<br>       **LA. DOC #308049** | **CIVIL ACTION NO. 13-0217** |
| | **SECTION P** |
| **VERSUS** | |
| | **JUDGE ROBERT G. JAMES** |
| **MAJOR TUBBS AND**<br>**LT. COLEMAN** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, and DECREED** that the Motion for Judgment on Partial Findings, [Doc. No. 100], filed by Defendant Major Tubbs, be **GRANTED** and that judgment be entered in favor of Defendant, thereby **DISMISSING WITH PREJUDICE** Plaintiff's complaint in its entirety.

In the alternative, based on all of the testimony and evidence elicited at the *Flowers* hearing,

**IT IS ORDERED, ADJUDGED, and DECREED** that Judgment be entered in favor of Defendant, thereby **DISMISSING WITH PREJUDICE** Plaintiff's complaint in its entirety.

MONROE, LOUISIANA, this 8th day of October, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE